**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **BEULAH PRITCHETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 2:18-cv-498-TFM-M** |
| | ) | |
| **AMERICAN HEALTH & LIFE** | ) | |
| **INSURANCE COMPANY, AFFINION** | ) | |
| **BENEFITS GROUP,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Pending before the court is an *Amended Joint Stipulation of Dismissal* (Doc. 17, filed 3/14/19). The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss an action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). The joint stipulation is signed by all parties. Consequently, by operation of Rule 41, this action has been dismissed in accordance with the joint notice. All pending motions in this action are **DENIED AS MOOT**. As stipulated, this case is **DISMISSED WITH PREJUDICE**, with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE and ORDERED** this 15th day of March 2019.


/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE